IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HSH Delaware GP LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10187 (MFW)<br><br>Jointly Administered<br><br>Docket Ref. Nos. 25, 80, 274 & 295 |

## CONSENSUAL ORDER CONCERNING
## DIP MOTION AND TRUSTEE MOTION

WHEREAS, on June 1, 2010, this Court entered its *Agreed Pretrial Scheduling Order* [Docket No. 295] (the "Agreed Pretrial Scheduling Order"); and

WHEREAS, each of (i) the above-captioned debtors and debtors and possession (collectively, the "Debtors"), (ii) The Royal Bank of Scotland N.V. ("RBS N.V.") f/k/a ABN AMRO Bank N.V., Commerzbank AG, Filiale Luxembourg, The Royal Bank of Scotland plc, Landsbanki Islands hf. Amsterdam branch, Lloyds TSB Bank plc, and Crédit Agricole Corporate and Investment Bank f/k/a Calyon (each a "Lender" and, collectively, the "Lenders") and (iii) J.C. Flowers II L.P., J.C. Flowers II-A, L.P., J.C. Flowers II-B, L.P. (collectively, the "Funds"), The HSH Coinvest (Cayman) Trust-A, The HSH Coinvest (Cayman) Trust-B, The HSH AIV 1 Trust, The HSH AIV 2 Trust, The HSH AIV 3 Trust, The HSH AIV 4 Trust, and The HSH AIV 5 Trust (collectively, the "Trusts" and, together with the Funds, the "Investors"; and with the Debtors and

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers (if applicable) are: HSH Delaware GP LLC, HSH Alberta I L.P. (No. 6492), HSH Alberta II L.P. (No. 1821), HSH Alberta V L.P. (No. 6854), HSH Coinvest (Alberta) L.P. (No. 1592), JCF HSH (DE) GP LP, HSH Luxembourg S.à r.l. (No. 6862), HSH Delaware L.P. (No. 9336), and HSH Luxembourg Coinvest S.à r.l. (No. 6826).

Lenders, each a "Party" and collectively, the "Parties"), have agreed to the entry of this Consensual Order;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Unless otherwise agreed by the Parties or ordered by the Court, effective as of Tuesday, June 8, 2010, the terms and conditions set forth in this Order shall govern all matters pertaining to any further litigation or filings with respect to the: (i) *Motion of Debtors and Debtors In Possession for an Order (A) Authorizing HSH Alberta I L.P., HSH Alberta II L.P., HSH Alberta V L.P., HSH Coinvest (Alberta) L.P., HSH Luxembourg S.à r.l., HSH Luxembourg Coinvest S.à r.l, and HSH Delaware L.P. to Obtain Postpetition Financing; (B) Authorizing JCF HSH (DE) GP LP and HSH Delaware GP LLC to Issue Guarantees in Respect of Such Postpetition Financing; (C) Authorizing Debtors to Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§105 and 364; and (D) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362* [D.I. 25] (the "DIP Motion"); (ii) the *Motion of the Lenders for an Order (A) Directing the Appointment of a Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1)-(3); or, in the Alternative, (B) Terminating the Debtors' Exclusive Rights Pursuant to 11 U.S.C. §§ 1121(d) to Allow the Lenders to File and Solicit Acceptances of a Chapter 11 Plan* [D.I. 80] (the "Trustee Motion"); and/or (iii) the *Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 1121(d) of the Bankruptcy Code extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof* (the "Exclusivity Motion") [Docket No. 274].

2. Except as set forth in this paragraph, all fact and expert discovery, including document production, in connection with the DIP Motion and/or Trustee Motion has been concluded and is now closed; provided, however, that the Investors shall endeavor to promptly produce those documents referenced in the email agreement between the Lenders and Investors dated May 26, 2010 concerning the Investors' supplemental document production in connection with the J.C. Flowers II Valuation Report (Sept. 30, 2009).

3. Nothing in this Order is intended to nor does modify or alter the terms of the *Agreed Confidentiality Stipulation and Protective Order* entered on March 18, 2010 [Docket No. 150] or that certain letter agreement dated March 17, 2010 regarding the HSH Nordbank Confidential Information (as defined therein), which the Parties agree shall remain in effect according to the terms contained therein.

4. The two-day hearing on the DIP Motion and the Trustee Motion, currently scheduled to be held on June 14 and June 15, 2010, is cancelled.

5. In the event that a hearing to consider the DIP Motion and/or the Trustee Motion needs to be conducted, the following terms and conditions shall apply:

    a. a two-day hearing will be held on August 16 and August 17, 2010, as may be continued and/or adjourned from time to time (the "Trial");

    b. the Lenders' reply brief to the Debtors' Objection and the Investors' Objection to the Trustee Motion [Docket Nos. 147 and 148, respectively], which shall not exceed 40 pages, shall be filed and served no later than 12:00 p.m. (ET) on August 2, 2010. In addition, the Debtors and Investors may file a pretrial statement, which shall not exceed thirty (30) pages, no later than 12:00 p.m. (ET) on August 2, 2010;

c. The Parties shall file a joint pretrial order (the "Joint Pretrial Order") no later than 4:00 p.m. (ET) on August 9, 2010. The Joint Pretrial Order shall contain the information set forth in paragraph 8(a) of the Agreed Pretrial Scheduling Order. Additionally: (i) the Parties shall exchange their respective (a) reply deposition designations and objections to deposition counter-designations, if any, and (b) final exhibit lists, each by 4:00 p.m. (ET) on August 2, 2010; and (ii) the Debtors and Investors shall deliver a proposed statement of uncontested facts to the Lenders no later than July 26, 2010, to which the Lenders shall respond no later than August 2, 2010; and

d. Paragraph 7 of the Agreed Pretrial Scheduling Order shall govern *in limine* motions with the exception that the Parties are required to file such motions, if any, no later than 4:00 p.m. (ET) on August 9, 2010 and any responses thereto must be filed no later than 4:00 p.m. (ET) on August 12, 2010.

6. The hearing in connection with the Exclusivity Motion shall be adjourned and postponed to the Trial. The Lenders shall file any objection to the Exclusivity Motion by no later than 4:00 p.m. (ET) on August 2, 2010 and any replies thereto must be filed no later than 12:00 p.m. (ET) on August 9, 2010. No discovery shall be propounded in connection with the Exclusivity Motion.

7. The Debtors and Investors agree that any motion for alternative debtor in possession financing, including that referenced in the Debtors' reply to the Lenders' objection to the DIP Motion [Docket No. 289], shall not be considered prior to the Trial. In that regard, any such motion shall be filed no later than 4:00 p.m. (ET) on July 27, 2010, any response or objection thereto shall be filed by no later than 4:00 p.m.

(ET) on August 9, 2010 and any reply shall be filed by no later than 4:00 p.m. (ET) on August 13, 2010.

    8.    The Lenders' deadline to object to any fee applications currently pending and/or to be filed prior to the Trial shall be extended to 4:00 p.m. (ET) on August 2, 2010.

    9.    Any deadline set forth in this Order may be modified or extended by unanimous agreement of the Parties without further order of the Court, provided, however, that the Parties shall notify the Court by written notice of any such modification or extension within twenty-four (24) hours after such mutual agreement.

Dated: June 14, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE