IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HSH DELAWARE GP LLC, *et al.*,[1] | ) Case No. 10-10187 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Dkt. No. 290 & 291 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

      Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 28th day of May, 2010, she caused a copy of the following to be served upon the parties on the attached list via hand delivery (local) or first class mail (non-local):

- **Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2010 through April 30, 2010 [Docket No. 290]**

- **Corporate Monthly Operating Report (April, 2010) [Docket No. 291]**

                                     *Ann Jerominski*
                                     Ann Jerominski, Paralegal
                                     RICHARDS, LAYTON & FINGER, P.A.
                                     One Rodney Square
                                     920 N. King Street
                                     Wilmington, DE 19801(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 1st day of June, 2010

                                             LESLEY A. MORRIS
                                             Notary Public - State of Delaware
                                             My Comm. Expires April 17, 2011

---

[1] The Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number (if applicable), are: HSH Alberta I L.P. (No. 6492), HSH Alberta II L.P. (No. 1821), HSH Alberta V L.P. (No. 6854), HSH Coinvest (Alberta) L.P. (No. 1592), JCF HSH (DE) GP LP, HSH Delaware GP LLC, HSH Luxembourg S à r l. (No. 6862), HSH Delaware L.P. (No. 9336), and HSH Luxembourg Coinvest S à r.l. (No. 6826)

RLF1 3576476v.1

John T. Dorsey
Joseph M. Barry
Michael S. Neiburg
Young, Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

David R. Hurst
Young, Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Ken Coleman
Rowena White
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Lori Fife
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Melanie Gray
Weil Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002

Steven Kortanek
Womble Carlyle Sandridge & Rice
222 Delaware Avenue
Wilmington, Delaware 19801

Jane M. Leamy
The Office of the United States Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, Delaware 19801