IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HSH DELAWARE GP LLC, *et al.*,[1] | ) | Case No. 10-10187 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket Nos. 370, 371 and 389 |

## ORDER (I) EXTENDING CERTAIN DEADLINES WITH RESPECT TO THE DEBTORS' JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) CONTINUING CONFIRMATION HEARING

This matter coming before the Court in connection with the *Order (I) Approving Notice and Objection Procedures for the Disclosure Statement Hearing; (II) Approving the Disclosure Statement; (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, Including (A) Fixing the Voting Record Date, (B) Approving Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving Forms of Ballots and Establishing Procedures for Voting on the Plan; (IV) Scheduling a Confirmation Hearing and Establishing Notice and Objection Periods in Respect of Confirmation of the Plan; and (V) Granting Related Relief* [Docket No. 370] and the *Certification of Counsel Regarding Order (I) Extending Certain Deadlines With Respect to the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and (II) Continuing Confirmation Hearing* (the "Certification"),[2] filed by the

---

[1] The Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number (if applicable), are: HSH Delaware GP LLC, HSH Alberta I L.P. (No. 6492), HSH Alberta II L.P. (No. 1821), HSH Alberta V L.P. (No. 6854), HSH Coinvest (Alberta) L.P. (No. 1592), JCF HSH (DE) GP LP, HSH Luxembourg S.à r.l. (No. 6862), HSH Delaware L.P. (No. 9336), and HSH Luxembourg Coinvest S.à r.l. (No. 6826).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Certification.

above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation, the Court having determined that the relief granted herein is necessary and essential for the Debtors' reorganization and such relief is in the best interests of the Debtors, their estates and creditors; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The deadline by which parties must cast votes with respect to the Plan is December 14, 2010 at 4:00 p.m. (EST).

2. The deadline by which parties may file and serve objections to the Plan is December 14, 2010 at 4:00 p.m. (EST).

3. The deadline by which the Debtors and other parties-in-interest may file replies to any objections to the Plan is December 20, 2010 at 12:00 p.m. (EST).

4. The deadline by which the Debtors and other parties-in-interest may file an affidavit and/or memorandum of law in support of the Plan is December 20, 2010 at 12:00 p.m. (EST).

5. The deadline by which any party in interest may file a motion (a "Vote Designation Motion") to designate any Ballot (as defined in the Plan) as lacking good faith pursuant to section 1126(e) of the Bankruptcy Code is December 17, 2010 at 12:00 p.m. (EST). The Court shall hear any timely-filed Vote Designation Motion on December 21, 2010 at 9:30 a.m.

6. The hearing to confirm the Plan shall commence on December 21, 2010 at 9:30 a.m. (EST), which date may be continued from time to time by the Court or the Debtors without further notice other than adjournments announced in open court.

7 The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: October 18, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

3

RLF1 3616638v. 2